| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on October 13, 2017<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br>    JOSE F TEJADA<br>    BLANCA E TEJADA | Case No.:  17-24221<br><br>Hearing Date:  10/12/2017<br><br>Judge:  JOHN K. SHERWOOD |

# ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

DATED: October 13, 2017

Honorable John K. Sherwood
United States Bankruptcy Court

1

Debtor(s):  JOSE F TEJADA
BLANCA E TEJADA

Case No.:  17-24221JKS

Caption of Order:  Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 10/12/2017 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 10/12/2017 of the plan filed on 07/13/2017, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 10/26/2017 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.