Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  17–24221–JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Jose F Tejada | Blanca E Tejada |
| aka Jose F Tejada–Godoy | aka Blanca E. Aguilar–Tejada |
| 159 William Street | 159 William Street |
| Englewood, NJ 07631 | Englewood, NJ 07631 |

Social Security No.:
   xxx–xx–4324                                      xxx–xx–5195

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 2/8/18 at 11:00 AM

to consider and act upon the following:

*33* – Application for Extension of Loss Mitigation Period. Filed by Leonard R Boyer on behalf of Blanca E Tejada, Jose F Tejada. Objection deadline is 1/22/2018. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Boyer, Leonard)

*34* – Limited Objection to Application for Extension of Loss Mitigation Period (related document:33 Application for Extension of Loss Mitigation Period. Filed by Leonard R Boyer on behalf of Blanca E Tejada, Jose F Tejada. Objection deadline is 1/22/2018. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Jose F Tejada, Joint Debtor Blanca E Tejada) filed by Marie–Ann Greenberg on behalf of Marie–Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie–Ann)

Dated: 1/19/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court