| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>_____<br>BOYER COFFY, LLC<br>970 Clifton Avenue, Suite 201<br>Clifton, New Jersey 07013<br>Tel. No. (973) 798-6131<br>Fax No. (201) 503-8150<br>Bar ID 010241984 | Order Filed on February 12, 2018<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Jose F. Tejada<br>Blanca E. Tejada | Case No.:  17-24221<br><br>Chapter:  13<br><br>Judge:  John K. Sherwood |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 12, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on __December 7, 2017__ :

Property:      159 William Street, Englewood, New Jersey

Creditor:      The Bank of New York

and a Request for

☑ Extension of the 90 day Loss Mitigation Period having been filed by ___Leonard R. Boyer, Esq.___,
and for good cause shown

❏ Early Termination of the Loss Mitigation Period having been filed by _____,
and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____April 17, 2018_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*