**BOYER COFFY, LLC.**
**970 Clifton Ave, Suite 201**
**Clifton, New Jersey 07013**
Tel No: 973-798-6131
Fax No: 201-503-8150
Bar ID #010241984

| In Re:<br><br>Jose F. Tejada<br>Blanca E. Tejada<br><br>Debtors, | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Case No: 17-24221JKS<br><br>Chapter 13 |
|---|---|

## OBJECTION TO MARIE-ANN GREENBERG, STANDING CHAPTER 13 TRUSTEE CERTIFICATION IN SUPPORT OF DEFAULT

On or about September 11, 2018, Marie-Ann Greenberg, Chapter 13 Trustee, filed Certification in Support of Default.

For the reasons set forth below Debtors, Jose F. Tejada and Blanca E. Tejada, Oppose to the Certification of Default.

Debtors apply for loan modification via DMM Portal on or about May 23, 2018, our office did not receive any updates from DMM Portal, on or about July 24, 2018, our office sent them an email requesting answer to same, to no avail on September 21, 2018, we once again sent another email requesting an answer or update to our clients Loan Modification status. (see copy of email to DMM Portal from our office)

Debtors and our office are doing everything in our power to get the clients a loan modification via DMM Portal, however, they are not being helpful throughout this process.

Debtor, will suffer irreparable harm if Standing Chapter 13 Trustee's Certification in Support of Default.

/s/ LEONARD R. BOYER, ESQ.
LEONARD R. BOYER, ESQ.

Dated: September 21, 2018