UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

BOYER COFFY, LLC
970 Clifton Avenue, Suite 201
Clifton, New Jersey 07013
Tel. No. (973) 798-6131
Fax No. (201) 503-8150
Bar ID 010241984

Order Filed on November 2, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Jose F. Tejada
Blanca E. Tejada

Case No.:     17-24221

Chapter:     13

Judge:     John K. Sherwood

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 2, 2018**

*/s/ John K. Sherwood*

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____05/18/2018_____ :

Property:    159 William Street, Englewood, New Jersey

Creditor:    The Bank of New York

and a Request for

☑ Extension of the 90 day Loss Mitigation Period having been filed by ____Leonard R. Boyer, Esq.____, and for good cause shown

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____02/08/2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*