Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−24221−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jose F Tejada
aka Jose F Tejada−Godoy
159 William Street
Englewood, NJ 07631

Blanca E Tejada
aka Blanca E. Aguilar−Tejada
159 William Street
Englewood, NJ 07631

Social Security No.:
xxx−xx−4324

xxx−xx−5195

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on December 21, 2017.

On 5/16/19 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:           June 13, 2019
Time:           08:30 AM
Location:       Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: May 17, 2019
JAN: smz

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Jose F Tejada
Blanca E Tejada
    Debtors

Case No. 17-24221-JKS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: May 17, 2019
                        Form ID: 185    Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2019.
```
db/jdb         +Jose F Tejada,    Blanca E Tejada,    159 William Street,    Englewood, NJ 07631-3424
cr             +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,   Suite 100,    Mt. Laurel, NJ 08054-3437
516938518      +Endocrinology Consultants,    c/o Bureau of Account Management,
                 3607 Rosemont Avenue, Suite 502,    PO Box 8875,    Camp Hill, PA 17001-8875
516938519      +Sears/CBNA,    PO Box 6189,    Sioux Falls, SD 57117-6189
516938520      +Surgical Specialist of North Jersey,    1 Marine View Plaza,    Hoboken, NJ 07030-5725
517740173      +THE BANK OF NEW YORK MELLON,    Bayview Loan Servicing, LLC,
                 4425 Ponce De Leon Blvd., 5th Floor,    Coral Gables FL 33146-1837
517740174      +THE BANK OF NEW YORK MELLON,    Bayview Loan Servicing, LLC,
                 4425 Ponce De Leon Blvd., 5th Floor,    Coral Gables FL 33146,    THE BANK OF NEW YORK MELLON,
                 Bayview Loan Servicing, LLC 33146-1837
516938522      +The Bank of New York,    c/o KML Law Group, PC,    430 Mountain Avenue, Suite 200,
                 New Providence, NJ 07974-2731
517088078       The Bank of New York Mellon,    c/o Bank of America,    P.O. Box 31785,    Tampa, FL 33631-3785
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 17 2019 23:56:41      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 17 2019 23:56:37      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516938517      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 17 2019 23:53:07      Comenity Bank,
                 c/o Portfolio Recovery Associates,    PO Box 41067,    Norfolk, VA 23541-1067
517133150       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 17 2019 23:54:15
                 Portfolio Recovery Associates, LLC,    c/o New York & Company,    POB 41067,    Norfolk VA 23541
517070369      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 17 2019 23:53:10      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516938521*     +Surgical Specialist of North Jersey,    1 Marine View Plaza,    Hoboken, NJ 07030-5725
                                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2019                                                              Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2019 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2007-6,
               MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-6 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Leonard R Boyer    on behalf of Joint Debtor Blanca E Tejada lrbnjesq@gmail.com,
               mcordova48890@aol.com;r.lr73573@notify.bestcase.com;aocasio768@aol.com
              Leonard R Boyer    on behalf of Debtor Jose F Tejada lrbnjesq@gmail.com,
               mcordova48890@aol.com;r.lr73573@notify.bestcase.com;aocasio768@aol.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWMBS 2007-6) nj.bkecf@fedphe.com
              Robert Davidow    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWMBS 2007-6) nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7
```