# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                      Case No.: 17−24221−JKS
                      Chapter: 13
                      Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Jose F Tejada | Blanca E Tejada |
| aka Jose F Tejada−Godoy | aka Blanca E. Aguilar−Tejada |
| 159 William Street | 159 William Street |
| Englewood, NJ 07631 | Englewood, NJ 07631 |

Social Security No.:
  xxx−xx−4324                                   xxx−xx−5195

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on July 29, 2019.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 29, 2019
JAN: zlh

                                                                              Jeanne Naughton
                                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-24221-JKS
Jose F Tejada                                                   Chapter 13
Blanca E Tejada
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin              Page 1 of 2           Date Rcvd: Jul 29, 2019
                                Form ID: 148             Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 31, 2019.
db/jdb         +Jose F Tejada,    Blanca E Tejada,    159 William Street,     Englewood, NJ 07631-3424
cr             +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,     Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
516938518      +Endocrinology Consultants,    c/o Bureau of Account Management,
                 3607 Rosemont Avenue, Suite 502,     PO Box 8875,    Camp Hill, PA 17001-8875
516938520      +Surgical Specialist of North Jersey,     1 Marine View Plaza,    Hoboken, NJ 07030-5725
517740173      +THE BANK OF NEW YORK MELLON,    Bayview Loan Servicing, LLC,
                 4425 Ponce De Leon Blvd., 5th Floor,    Coral Gables FL 33146-1837
517740174      +THE BANK OF NEW YORK MELLON,    Bayview Loan Servicing, LLC,
                 4425 Ponce De Leon Blvd., 5th Floor,    Coral Gables FL 33146,    THE BANK OF NEW YORK MELLON,
                 Bayview Loan Servicing, LLC 33146-1837
516938522      +The Bank of New York,    c/o KML Law Group, PC,    430 Mountain Avenue, Suite 200,
                 New Providence, NJ 07974-2731

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 30 2019 00:11:36      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 30 2019 00:11:35      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516938517      +EDI: PRA.COM Jul 30 2019 03:33:00      Comenity Bank,   c/o Portfolio Recovery Associates,
                 PO Box 41067,   Norfolk, VA 23541-1067
517133150       EDI: PRA.COM Jul 30 2019 03:33:00      Portfolio Recovery Associates, LLC,
                 c/o New York & Company,    POB 41067,   Norfolk VA 23541
516938519      +EDI: SEARS.COM Jul 30 2019 03:33:00      Sears/CBNA,   PO Box 6189,    Sioux Falls, SD 57117-6189
517088078       EDI: BANKAMER.COM Jul 30 2019 03:33:00      The Bank of New York Mellon,    c/o Bank of America,
                 P.O. Box 31785,   Tampa, FL 33631-3785
517070369      +EDI: AIS.COM Jul 30 2019 03:33:00      Verizon,   by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516938521*     +Surgical Specialist of North Jersey,    1 Marine View Plaza,    Hoboken, NJ 07030-5725
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2019                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 29, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2007-6,
               MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-6 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Leonard R Boyer    on behalf of Joint Debtor Blanca E Tejada lrbnjesq@gmail.com,
               mcordova48890@aol.com;r.lr73573@notify.bestcase.com;aocasio768@aol.com
              Leonard R Boyer    on behalf of Debtor Jose F Tejada lrbnjesq@gmail.com,
               mcordova48890@aol.com;r.lr73573@notify.bestcase.com;aocasio768@aol.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWMBS 2007-6) nj.bkecf@fedphe.com
              Robert Davidow    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWMBS 2007-6) nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

```
District/off: 0312-2          User: admin              Page 2 of 2             Date Rcvd: Jul 29, 2019
                              Form ID: 148             Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
                                                                                                    TOTAL: 7