Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

         Case No.: 17−24221−JKS
         Chapter: 13
         Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Jose F Tejada<br>aka Jose F Tejada−Godoy<br>159 William Street<br>Englewood, NJ 07631 | Blanca E Tejada<br>aka Blanca E. Aguilar−Tejada<br>159 William Street<br>Englewood, NJ 07631 |

Social Security No.:
  xxx−xx−4324                                      xxx−xx−5195

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>November 5, 2019</u>         <u>John K. Sherwood</u>
                                              Judge, United States Bankruptcy Court